B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

### District Of Idaho (Boise Division)

In re Tamio Lucien Stehrenberger and Anna Christine Stehrenberger, ) Case No. 20-00833-NGH
Debtor )
) Chapter 7
)
Michiko Stehrenberger )
Plaintiff )
Tamio Stehrenberger, Anna Stehrenberger, )
Internal Revenue Service, California Franchise ) Adv. Proc. No. _____
Tax Board, Idaho Tax Commission, Timothy Kurtz )
(as Chapter 7 Trustee), and John Does 1-100. )
Defendant )

**SUMMONS IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:   United States Bankruptcy Court for the District of Idaho, Boise Division
550 W. Fort Street
Boise, ID 83724

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Michiko Stehrenberger (creditor pro se)
c/o 2500 Blanchard Road, Santa Rosa Valley, CA 93012
with contemporaneous email service to: document.request@gmail.com; NatalieS.work1@gmail.com; michiko@michiko.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____    By: _____ (Deputy Clerk)

United States Courts
District of Idaho
**ISSUED**
Lynette Parson
on Dec 14, 2020 8:40 am