Joshua M. O'Hare,
Bar No. 10927
FOLEY FREEMAN, PLLC
953 S. Industry Way
P.O. Box 10
Meridian, ID 83680
Phone: (208) 888-9111
FAX: (208) 888-5130
johare@foleyfreeman.com

**Attorney for Defendants**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 20-00830-NGH |
| TAMIO LUCIEN STEHRENBERGER and ANNA CHRISTINE STEHRENBERGER, | Chapter 7 |
| Debtor. | |
| MICHIKO STEHRENBERGER, | |
| Plaintiff, | Adv. Case No. 20-06044-NGH |
| vs. | |
| TAMIO LUCIEN STEHRENBERGER, ANNA CHRISTINE STEHRENBERGER, | |
| Debtors/Defendants, | NOTICE OF HEARING |
| INTERNAL REVENUE SERVICE, CALIFORNIA FRANCHISE TAX BOARD, and IDAHO TAX COMMISSION, | |
| Creditors, | |
| TIMOTHY R. KURTZ, | |
| Chapter 7 Trustee, | |
| JOHN DOES 1-100, | |
| Defendants, | |

**NOTICE OF HEARING  - 1**

YOU AND EACH OF YOU ARE HEREBY NOTIFIED that Defendants will call for hearing on their Motion to Dismiss (Docket No. 11) on the **22nd day of February, 2021 at the hour of 1:30 p.m.** or as soon thereafter as counsel can be heard before the Honorable Judge Noah G. Hillen **via telephonic hearing.**

Parties shall call into the number below at least ten (10) minutes prior to the start of the hearing. The courtroom deputy will take roll, after which your phone should be placed on mute until your case is called. Once you are finished with your case(s), you may hang up.

**Judge Hillen's Conference No: 1-877-336-1829**

**Access No: 3956660**

DATED this 19th day of January, 2021.

                                      FOLEY FREEMAN, PLLC

                                      /s/ Joshua M. O'Hare
                                      Joshua M. O'Hare
                                      Attorney for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 19th day of January, 2021, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Michiko Natalie Stehrenberger | _X_ | U.S. Mail |
| 2500 Blanchard Drive | _X_ | E-Mail |
| Santa Rosa Valley, CA 93012 | | |

                                      /s/ Joshua M. O'Hare
                                      Joshua M. O'Hare

**NOTICE OF HEARING  - 2**