# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>**TAMIO LUCIEN STEHRENBERGER** and **ANNA CHRISTINE STEHRENBERGER,**<br><br>Debtor. | Case No. 20-00830-NGH<br><br>Chapter 7 |
| **MICHIKO STEHRENBERGER,**<br><br>Plaintiff,<br><br>vs.<br><br>**TAMIO LUCIEN STEHRENBERGER, ANNA CHRISTINE STEHRENBERGER,**<br><br>Debtors/Defendants,<br><br>**INTERNAL REVENUE SERVICE, CALIFORNIA FRANCHISE TAX BOARD,** and **IDAHO TAX COMMISSION,**<br><br>Creditors,<br><br>**TIMOTHY R. KURTZ,**<br><br>Chapter 7 Trustee,<br><br>**JOHN DOES 1-100,**<br><br>Defendants, | Adv. Case No. 20-06044-NGH<br><br><br><br><br><br><br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT |

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend (Docket No. 13) filed on or about February 8, 2021, is GRANTED and Plaintiff, Michiko Stehrenberger, is granted leave to file her Amended Complaint no later than March 15, 2021.  //end of text//

DATED: February 24, 2021



_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

APPROVED TO FORM: _2/23/2021_ .

                                            /s/ Michiko Stehrenberger
                                            Michiko Stehrenberger
                                            Plaintiff

APPROVED TO FORM: _2/23/2021_ .

                                            /s/ Brent Wilson
                                            Brent Wilson
                                            Attorney for Trustee

APPROVED TO FORM: _2/23/2021_ .

                                            /s/ Joshua M. O'Hare
                                            Joshua M. O'Hare
                                            Attorney for Defendants

//end of text//

Submitted by Joshua M. O'Hare, Attorney for Defendants