## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| **In re:** | **Case No. 20-00833-NGH** |
| **TAMIO LUCIEN STEHRENBERGER and ANNA CHRISTINE STEHRENBERGER,** | **Chapter 7** |
| **Debtors.** | |
| **MICHIKO STEHRENBERGER,** | **Adv. Case No. 20-06044-NGH** |
| **Plaintiff,** | |
| **vs.** | |
| **TAMIO LUCIEN STEHRENBERGER, ANNA CHRISTINE STEHRENBERGER,** | |
| **Debtors/Defendants,** | |
| **STAR MOUNTAIN ENTERPRISES, LLC, an expired Utah entity managed by debtors,** | |
| **Defendant,** | |
| **JOHN DOES 1-100,** | |
| **Defendants.** | |

### ORDER GRANTING WITHDRAWAL AS COUNSEL OF RECORD

THIS MATTER having come before this court upon the Motion to Withdraw as Counsel of Record (Doc. No. 31), and with good cause appearing,

IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel of Record is GRANTED and Joshua M. O'Hare and the firm Foley Freeman, PLLC, are hereby allowed to withdraw as attorneys of record for Tamio Lucien Stehrenberger and Anna Christine Stehrenberger (collectively the "Debtors"), pursuant to the provisions of LBR 9010.1(f).

IT IS FURTHER ORDERED that Debtors shall appear in this case through new counsel or on their own behalf within twenty-one (21) days from the entry of this order. No further

proceedings will be held in this case that would affect Debtors' rights within those twenty-one (21) days.

IT IS FURTHER ORDERED, pursuant to LBR 9010.1(f), that Debtors' deadline to file a responsive pleading to Plaintiff's Amended Adversary Complaint is extended from April 12, 2021 to May 3, 2021.  //end of text//

DATED: March 30, 2021

_____
NOAH G. HILLEN
U.S. Bankruptcy Judge