D. Blair Clark
LAW OFFICES OF D. BLAIR CLARK PC
967 E. Parkcenter Blvd., #282
Boise, ID 83706
Phone: (208) 475-2050
Fax: (208) 475-2055
Email: dbc@dbclarklaw.com
Idaho State Bar No. 1367

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHIKO STEHRENBERGER, | Adversary case no. 20-06044-NGH |
| Plaintiff, | Chapter 7 case no. 20-00833-NGH |
| v. | **JOINDER IN MOTION TO DISMISS** |
| TAMIO LUCIEN STEHRENBERGER, ANNA CHRISTINE STEHRENBERGER, et al | |
| Debtors/Defendants | |

COMES NOW the Defendant Tamio Lucien Stehrenberger ("Tamio"), and joins in the Motion

to Dismiss filed by Defendant Anna Christine Stehrenberger, docket 45.

Dated this 24th day of June, 2021.

LAW OFFICES OF D. BLAIR CLARK PC

by /s/
D. Blair Clark

JOINDER IN MOTION TO DISMISS – Page 1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of June, 2021, I caused to be served a true and correct copy of the foregoing by ECF AND electronic mail, to the following:

Michiko Stehrenberger
2500 Blanchard Road
Santa Rosa Valley, CA 93012
document.request@gmail.com
(*email service preferred)

Alexandra Caval, for Anna Christine Stehrenberger, Defendant

/s/ D. Blair Clark

_____

D. Blair Clark