UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>**TAMIO L. STEHRENBERGER, ANNA C. STEHRENBERGER,**<br><br>    **Debtors.** | Case No. 20-00830-NGH |
| **MICHIKO STEHRENBERGER,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**TAMIO L. STEHRENBERGER, ANNA C. STEHRENBERGER**<br><br>    **Defendants,**<br><br>**STAR MOUNTAIN ENTERPRISES, LLC, an expired Utah entity managed by debtors,**<br><br>    **Defendant,**<br><br>**JOHN DOES 1-100,**<br><br>    **Defendants.** | Adv. No. 20-06044-NGH |

### NOTICE OF HEARING

Notice of Hearing

PLEASE TAKE NOTICE, Defendant Anna Stehrenberger's Motion to Dismiss (Doc. No. 45) and Plaintiff Application for Clerk's Default and Default Judgment against Star Mountain LLC (Doc. No. 47).  shall be heard on September 9, 2021 at 1:30 p.m. Mountain Time - telephonically.   The parties shall call the Court Conference Phone Number.

Courts Personal Conference Number: 1-877-336-1829

Access Number: 3956660

Dated: August 30, 2021.

/s/ _____

Melanie Battle
Courtroom Deputy to
Bankruptcy Judge Noah G. Hillen

Notice of Hearing