UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>**TAMIO LUCIEN STEHRENBERGER** and **ANNA CHRISTINE STEHRENBERGER,**<br><br>    Debtors. | Case No. 20-00833-NGH |
| **MICHIKO STEHRENBERGER,**<br><br>    Plaintiff,<br><br>v.<br><br>**TAMIO LUCIEN STEHRENBERGER, ANNA CHRISTINE STEHRENBERGER, STAR MOUNTAIN ENTERPRISES, LLC, AND JOHN DOES 1–100,**<br><br>    Defendants. | Adv. No. 20-06044-NGH |

**ORDER GRANTING IN PART AND DENYING IN PART ANNA STEHRENBERGER'S MOTION TO DISMISS**

Based on the ruling entered orally this date and good cause appearing,

IT IS HEREBY ORDERED that Anna Stehrenberger's motion to dismiss, Doc. No. 45, is GRANTED IN PART and DENIED IN PART as follows:

(1) Counts 6, 7, and 10 of the Amended Complaint are dismissed as to Anna Stehrenberger, but such dismissal is without prejudice to Michiko Stehrenberger

ORDER - 1

filing a second amended complaint within 30 days of this Order to address the deficiencies in Counts 6, 7, and 10 identified in the Court's oral ruling.

(2)  Count 8 is DISMISSED with respect to all Defendants, and such dismissal is without leave to amend and with prejudice.

(3)  All other requested relief in the motion to dismiss is DENIED.

DATED:  September 9, 2021

_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

ORDER - 2