# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>**TAMIO LUCIEN STEHRENBERGER** and **ANNA CHRISTINE STEHRENBERGER,**<br><br>     Debtors. | Case No. 20-00833-NGH |
| **MICHIKO STEHRENBERGER,**<br><br>     Plaintiff,<br><br>v.<br><br>**TAMIO LUCIEN STEHRENBERGER, ANNA CHRISTINE STEHRENBERGER, STAR MOUNTAIN ENTERPRISES, LLC, AND JOHN DOES 1–100,**<br><br>     Defendants. | Adv. No. 20-06044-NGH |

### ORDER DISMISSING COMPLAINT AGAINST STAR MOUNTAIN ENTERPRISES, LLC AND DENYING MOTION FOR DEFAULT

Based on the oral ruling entered this date and good cause appearing,

IT IS HEREBY ORDERED that due to this Court's lack of subject matter jurisdiction, and on the Court's own motion pursuant to 28 U.S.C § 157(b)(3) and Federal Rule of Civil Procedure 12(h)(3), the amended complaint is DISMISSED as against Star Mountain Enterprises LLC ("Star Mountain").

ORDER - 1

IT IS FURTHER ORDERED that Michiko Stehrenberger's application for clerk's default and default judgment as against Star Mountain, Doc. No. 47, is DENIED as MOOT.

DATED: September 9, 2021



_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

ORDER - 2