**Alexandra O. Caval, ISB#7999**
**Caval Law Office, P.C.**
**P.O. Box 1716**
**Twin Falls, ID 83303-1716**
**T: 208.733.2035**
**F: 208.733.3919**
**alex@cavallawoffice.com**

*Attorney for Defendant Anna Stehrenberger*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| **In Re:** | **Chapter 7** |
| **TAMIO L. STEHRENBERGER**<br>**ANNA C. STEHRENBERGER,** | **Case No. 20-00830-NGH-JMM** |
| Debtors. | |
| **MICHIKO STEHRENBERGER,** | |
| Plaintiff, | |
| v. | **Adversary Case No. 20-06044-NGH** |
| **TAMIO L. STEHRENBERGER**<br>**ANNA C. STEHRENBERGER,** | |
| Defendants, | |
| **TIMOTHY KURTZ,** solely in in his capacity as Chapter 7 Trustee, | |
| Defendant, | |
| **INTERNAL REVENUE SERVICE,** as secured lien claimant, | |
| Defendant, | |
| **JOHN DOES 1-100,** | |
| Defendants. | |

DEFENDANT ANNA STERNBERGER'S EX-PARTE MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT – PAGE 1

## DEFENDANT ANNA STEHRENBERGER'S EX-PARTE MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

COMES NOW Defendant Anna Stehrenberger, through her counsel of record, and hereby moves the Court pursuant to F.R.B.P. 9006(b) for an order enlarging time to respond to Plaintiff's Second Amended Complaint that was filed with the Court on October 12, 2021 (Doc. No. 88). Defendant requests an extension of time to November 11, 2021, to respond to Plaintiff's Second Amended Complaint (Doc. No. 88). In support of her motion the Defendant states the following:

1. On September 9, 2021, this Court issued its oral ruling on Defendant Anna Stehrenberger's Motion to Dismiss Plaintiff's Amended Complaint. The Court granted the Defendant's motion in part and denied it in part. The Court also gave the Plaintiff 30 days to file a second amended complaint.

2. On October 6, 2021 at 11:20 PM Plaintiff emailed a copy of the Second Amended Complaint to Defendant's counsel that was 101 pages in length. The Second Amended Complaint that was filed with the Court on October 12, 2021 is 100 pages long (Doc. No. 88). It is unclear what differences exist between the version served on Defendant and the version filed with the Court and why they are different. A true and correct copy of the version that was served on Defendant via email is attached hereto as Exhibit "A."

3. F.R.B.P. 7015(a)(3) requires a response to the amended pleaded to be made within 14 days after service of the amended pleading. The Second Amended Complaint is 234 pages long between the complaint and the exhibits. The shortened time frame for a response under F.R.B.P. 7015(a)(3) is insufficient to analyze and respond to Plaintiff's pleading.

4. Defendant hereby provides notice that she will respond to the version of the Plaintiff's Second Amended Complaint that was filed with the Court on October 12, 2021 (Doc. No. 88).

5. Defendant Anna Stehrenberger requests an extension of time to November 11, 2021 which is 30 days from the date the Second Amended Complaint was filed with the Court. Defendant asserts that the length of the complaint and the difference in the documents between what was served and filed constitute cause for enlargement of time under Rule 9006(b) for a response as required by Rule 7015(a)(3).

6. A proposed Order is submitted with this motion.

DATED: October 19, 2021

          */s/ Alexandra O. Caval*
          Attorney for Defendant Anna Stehrenberger

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of October, 2021, I cause to be served a true and correct copy of the foregoing document by the method indicated below, and address to the following:

| | |
|---|---|
| Michiko N. Stehrenberger<br>2500 Blanchard Dr.<br>Santa Rosa Valley, CA 93012 | \_\_\_ US Mail<br>_X_ Email: document.request@gmail.com |
| Blair Clark<br>dbc@dbclarklaw.com<br>Attorney for Tamio Stehrenberger | \_\_\_ US Mail<br>\_\_\_ Email<br>_X_ CM/ECF |

          */s/ Alexandra O. Caval*
          Attorney for Defendant Anna Stehrenberger