D. Blair Clark
LAW OFFICES OF D. BLAIR CLARK PC
967 E. Parkcenter Blvd., #282
Boise, ID 83706At
Phone: (208) 475-2050
Fax: (208) 475-2055
Email: dbc@dbclarklaw.com
Idaho State Bar No. 1367

Chris L. Andrus
Law Office of Chris L. Andrus PLLC
Utah Bar Number: 10465
Post Office Box 859
Orem, UT 84059
Tel. (801) 810-7850
chrisandrusjd@gmail.com
Attorneys for Defendant Tamio Stehrenberger

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| MICHIKO STEHRENBERGER,<br><br>          Plaintiff,<br>     v.<br>TAMIO LUCIEN STEHRENBERGER,<br>ANNA CHRISTINE STEHRENBERGER, et al<br><br>          Debtors/Defendants | Adversary case no. 20-06044-NGH<br><br>Chapter 7 case no. 20-00833-NGH<br><br>**EX PARTE MOTION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO SHORTEN TIME FOR FILING MOTION FOR SUMMARY JUDGMENT** |

  COMES NOW the Defendant Tamio Lucien Stehrenberger ("Tamio"), and moves the Court for an order shortening time for hearing on Defendant's Motion to Shorten Time for filing and scheduling Defendant's Motion for Partial Summary Judgment. The Motion to Shorten Time is docket 174, and the Motion for Summary Judgment was filed as docket 175. The Motion to Shorten Time, doc 174,

MOTION FOR ORDER SHORTENING TIME – Page 1

could be heard on February 21, 2023, by telephone. This Motion is made pursuant to FRBP 9006(c).

This motion is made for the reason that Michiko Stehrenberger has sent to the undersigned an

Objection to Docket 174, and has advised the Clerk that the original thereof is being mailed for filing.

Dated this 14th day of February, 2023.

LAW OFFICES OF D. BLAIR CLARK PC

by /s/ D. Blair Clark
D. Blair Clark

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of February, 2023, I caused to be served a true and correct copy of the foregoing by ECF AND electronic mail, to the following:

Michiko Stehrenberger
2500 Blanchard Road
Santa Rosa Valley, CA 93012
document.request@gmail.com
(*email service preferred)

Alexandra Caval, for Anna
Christine Stehrenberger,
Defendant

Tamio Stehrenberger, via
Email

Chris Andrus, via Email

/s/ D. Blair Clark

D. Blair Clark

MOTION FOR ORDER SHORTENING TIME – Page 2