UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>**TAMIO LUCIEN STEHRENBERGER** and **ANNA CHRISTINE STEHRENBERGER,**<br><br>     Debtors. | Case No. 20-00833-NGH |
| **MICHIKO STEHRENBERGER,**<br><br>     Plaintiff,<br><br>v.<br><br>**TAMIO LUCIEN STEHRENBERGER, ANNA CHRISTINE STEHRENBERGER, STAR MOUNTAIN ENTERPRISES, LLC, AND JOHN DOES 1–10,**<br><br>     Defendants. | Adv. No. 20-06044-NGH |

**ORDER GRANTING MOTION IN PART AND DENYING MOTION IN PART**

Based on the Court's ruling entered on April 21, 2025, Doc. No. 417 ("minute entry"), and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion Requesting Permission for Witnesses to Appear Remotely by Zoom Video Conference or Similar Method, Doc. No.

ORDER - 1

401, is GRANTED IN PART and DENIED IN PART. The following witnesses may appear and testify via Zoom:

- Francine Yeh
- Ken Hsieh
- Claud Rick Koerber (to the extent he is incarcerated and unable to attend in person)
- Utah Division of Securities personnel (current or former):
  - Charles Lyon
  - Elizabeth Blaylock
- Witnesses called for the purpose of authenticating documents only:
  - Cary Valerio
  - Chad Albury
  - Luc Nguyen

All remaining witnesses shall attend and testify in person at the James A McClure Federal Building and United States Courthouse, 550 W. Fort St., Boise, Idaho. Whether appearing via Zoom or in person, it is Plaintiff's responsibility to ensure any witness listed on her witness list is present and available to testify.

IT IS FURTHER ORDERED that to the extent Plaintiff elects to utilize Zoom appearances for the above identified witnesses, she bears the burden that the technology operates correctly such that the evidence may be timely provided to the Court. Plaintiff should contact the Court's Courtroom Deputy, Melanie Battle, with any testing concerns and for scheduling purposes to set times for Zoom witness testimony.

IT IS FURTHER ORDERED that, in order to capture the Zoom witness testimony,

1. **Prior Notice of Witness Contact Information**: Plaintiff shall communicate with the Courtroom Deputy, Melanie Battle at Melanie_Battle@id.uscourts.gov, no later than 12:00 p.m. Mountain Time on

ORDER - 2

the business day preceding the date of the trial with the names of all Zoom witnesses.

The Courtroom Deputy will provide the Zoom link to the Plaintiff after receiving the list of Zoom witnesses. It is Plaintiff's responsibility to provide that link to her witnesses as parties designating a witness have the responsibility, subject to the Bankruptcy Rules, of assuring the presence of the witness at trial. **Such communication does not satisfy nor negate the participants' responsibility to timely provide and exchange witness and exhibit lists and exhibits to the Court and opposing parties as required by Court order or local rule**.

2. **Exhibits:** The parties shall comply with any Court order and local rules regarding the identification and exchange of witness and exhibit lists and exhibits. In addition:

    a. It is the obligation of the party identifying a witness to provide his/her witnesses with all the exhibits, those identified by the party and those identified by all other parties. Thus, Plaintiff shall ensure that her Zoom witnesses have copies of all the exhibits. She may provide those copies in electronic format; however, she must ensure that the witness has the ability to view the exhibit and testify simultaneously.

    b. The Court will address the dissemination of any rebuttal exhibits as they are presented.

3. **Witness Testimony:** The Court will administer the oath to each remote witness during the Zoom hearing and it shall have the same effect as if the witness was sworn in by the Court in person. As additional safeguards:

    a. No person, other than an approved interpreter, shall be permitted to be in the same room with any remote witness unless specifically and expressly authorized by the Court before the witness begins testifying.

    b. No person, other than an approved interpreter, shall communicate in any manner with a witness during his or her testimony, except by direct examination and cross-examination on the record, unless specifically and expressly authorized by the Court before the communication takes place.

    c. Remote witnesses shall have before them only the exhibits provided to the Court for consideration in connection with the matter(s) set for hearing and no other documents or data.

    d. The Court or any party may request that the witness display identification or request that one or more participants verify the identity of the witness if there is any question about the identity of that witness.

ORDER - 3

4. **Conduct during the Zoom Hearing**: While conducted in part through Zoom technology, this is an official Court proceeding and an audio record is being made. In order to preserve the integrity of that record:

    a. Zoom witnesses should use a headset, headphones, earbuds, or similar equipment and should not use the microphone and speakers built into their devices unless the device has first been tested and proves not to create feedback in Zoom hearings.

    b. Witnesses shall keep their devices on mute when not talking as part of the proceeding.

    c. Pursuant to Dist. Idaho Loc. Civ. R. 83.1, no person may record the proceedings from any location by any means. The audio recording maintained by the Court shall be the sole basis for creating a transcript that constitutes the official record of the hearing.

DATED: May 21, 2025

_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

ORDER - 4